# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3110
_____

JUAN FRANCISCO VEGA and
JAMAAL ALI BILAL,

     Appellants,

     v.

MIKE CARROLL, Secretary,
Florida Department of Children
and Families,

     Appellee.

_____

On appeal from the Division of Administrative Hearings.
J. Bruce Culpepper, Administrative Law Judge.

September 27, 2018

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————


Juan Francisco Vega, pro se, and Jamaal Ali Bilal, pro se, Appellants.

Pamela Jo Bondi, Attorney General, and Karen A. Brodeen, Assistant Attorney General, Tallahassee, for Appellee.